No. 451. FRANKEL *v.* UNITED STATES. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. C. Dickerman Williams* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 452. INECTO, INC. *v.* FEDERAL TRADE COMM'N. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Murray Hulbert* for petitioner. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold* and *Robert E. Healy* for respondent.

No. 453. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* NEW YORK LIFE INS. Co. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* and *Mr. Erwin N. Griswold* for petitioner. *Messrs. Louis H. Cooke* and *Wm. Marshall Bullitt* for respondent.

No. 454. MACKEY ET AL. *v.* IRVING TRUST Co., TRUSTEE. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Francis L. Driscoll* for petitioners. *Mr. Wm. H. Freedman* for respondent.